658

In the Matter of the Application of the NIAGARA, LOCKPORT AND ONTARIO POWER COMPANY, Relative to Acquiring Title to Certain Real Property in the Town of Orwell, Oswego County, New York, for the Purpose of Constructing, Maintaining and Operating a Hydro-electric Power Plant to Furnish Electricity for Light, Heat and Power Purposes for Public Use, of Which PERCY W. HORTON and Others Are Owners and Persons Interested Therein.— Motion to dismiss appeal granted, unless appellants file and serve the printed records by September 1, 1929, and the printed briefs by October 1, 1929.  Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

## FIRST DEPARTMENT, JULY, 1929.

SARAH COHEN v. DUGAN BROS., INC., a Domestic Corporation, Impleaded, etc.— Motion to dismiss appeal denied, with ten dollars costs.  Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ENDWEST REALTY CORPORATION v. MARTIN MONTGOMERY MAZE and Others.— Motion to dismiss appeal granted, with ten dollars costs.  Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

SAMUEL L. DOBKIN v. OLGA I. HOPPE.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

SAMUEL L. DOBKIN v. OLGA I. HOPPE.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

SOLOMON BRAVERMAN and Others, v. FORT INDEPENDENCE BUILDING CORPORATION and Others.  JEREMIAH J. SHEEHAN, Receiver, Respondent.— Motion to dismiss appeal denied.  Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ERNEST H. CHAPMAN and Another v. MACOLATA FABRIANI, Impleaded, etc.— Motion to dismiss appeal denied.  Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

OLLAND DEVELOPMENT CORPORATION v. JULIUS SPIEGEL and Others.— Motion to dismiss appeal denied.  Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MICHAEL J. MURRAY, by CATHERINE M. MURRAY, Guardian ad Litem, v. HENRY LOUIS MORRIS, Executor, etc., and Others.— Motion to dismiss appeal denied.  Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ROSE STRAUSS v. PETER METRANGA, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs.  Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MAX STRAUSS v. PETER METRANGA, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs.  Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ANNA WOLLKIND v. ABRAHAM WOLLKIND.— Motion to dismiss appeal granted, with ten dollars costs.  Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ADELE M. FEIBER, Formerly ADELS M. HOFFSTADT v. EDWARD COPELAND.— Motion to dismiss appeal denied.  Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.